# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 1, 2024

Before
ILANA DIAMOND ROVNER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 24-1128 | IN RE: <br> GORMIDOU Y. LAVELA, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court Nos: 3:23-cv-00481-jdp, 3:23-cv-00482-jdp & 3:23-cv-00483-jdp <br> District Judge James D. Peterson <br> Magistrate Judge Stephen L. Crocker ||

The following are before the court:

1. **PETITION FOR WRIT OF MANDAMUS**, filed on January 29, 2024, by the pro se petitioner.

2. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS,** filed on January 29, 2024, by the pro se petitioner.

In light of the district court's order dated February 5, 2024, **IT IS ORDERED** that the petition for a writ of mandamus is **DENIED.**

**IT IS FURTHER ORDERED** that the petitioner's motion to proceed in forma pauperis is **DENIED** as unnecessary.

form name: **c7_Order_3J**   (form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit